UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 68.196.166.183,<br><br>                Defendant. | Civil Action No. 2:19-cv-01835-RRM-SIL |

**PLAINTIFF'S NOTICE OF SETTLEMENT
WITH DEFENDANT**

**PLEASE TAKE NOTICE,** Plaintiff, Strike 3 Holdings, LLC ("Plaintiff"), has settled this matter with Defendant, John Doe, subscriber assigned IP address 68.196.166.183 ("Defendant") through his counsel, Jeffrey Antonelli, Esq.  Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated:  December 19, 2019                Respectfully submitted,

                                                  By:     /s/ *Jacqueline M. James*__
                                                               Jacqueline M. James, Esq. (#1845)
                                                                The James Law Firm, PLLC
                                                                445 Hamilton Avenue, Suite 1102
                                                               White Plains, New York 10601
                                                               T: 914-358-6423
                                                               F: 914-358-6424
                                                               E-mail:  jjames@jacquelinejameslaw.com
                                                               *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.